

# MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°

MAURIZIO SAVOIARDO
MARK R. OSHEROW*◊□
COUNSEL

WRITER'S E-MAIL:
thellman@msssv.com

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
CLARK, NJ

GABRIELLA CAMPIGLIA
TODD HELLMAN*
ANNE K. ZANGOS
KELLY C. SPINA*
NIR M. GADON
BRIAN L. GORDON
CRAIG H. HANDLER
ROBERT E.B. HEWITT
GERALD C. WATERS JR.
BRIAN S. CONDON◊
KATHLEEN L. WRIGHT
MICHAEL D. NERI
ANDREW G. VASSALLE

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
°RESIDENT IN WESTCHESTER

August 26, 2011

**Via ECF and Fax**
Hon. Marilyn D. Go
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Mount Vernon Fire Ins. Co. v. A.S. Construction, Inc., et al.*
       **Docket No.: 05-cv-3190 (ARR) (MDG)**

Dear Judge Go:

  In accordance with Your Honor's order, please accept the following status report jointly submitted by the parties regarding the underlying state court property tort suit, entitled *Ray Haber and Sharon Haber v. Betty Cohen and Martin Cohen*, pending in Supreme Court, Kings County under Index Number 1033/05 (the "*Haber Action*"). Although there has been no breakthrough in settlement talks in the underlying *Haber Action*, there has been some activity in that direction. The parties to the *Haber Action* participated in two settlement conferences in May and July before a Kings County Supreme Court justice assigned to informally mediate all cases placed on the trial calendar. In addition, a further inspection of the Cohens' property was held on June 21, 2011 following the Cohens' filing of a supplemental bill of particulars alleging additional damages. Another conference in the *Haber Action* is tentatively scheduled for October 4th.

  We will continue to monitor the *Haber Action*, and will report to the Court on all new developments in that underlying matter as they arise.

          Respectfully submitted,

         **MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP**

         Todd M. Hellman

cc:  All counsel of record (via fax)