# MSSSV
## MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°

MAURIZIO SAVOIARDO
MARK R. OSHEROW*◊□
COUNSEL

WRITER'S E-MAIL:
thellman@msssv.com

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX  (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
CLARK, NJ

TODD HELLMAN*
KELLY C. SPINA*
NIR M. GADON
BRIAN L. GORDON
CRAIG H. HANDLER
ROBERT E.B. HEWITT
GERALD C. WATERS JR.
BRIAN S. CONDON◊
KATHLEEN L. WRIGHT
MICHAEL D. NERI
ANDREW G. VASSALLE
KELLY M. ZIC
SHEEL D. PATEL*

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
° RESIDENT IN WESTCHESTER

July 30, 2012

**Via ECF and Fax**
Hon. Marilyn D. Go
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *Mount Vernon Fire Ins. Co. v. A.S. Construction, Inc., et al.*
                Docket No.: 05-cv-3190 (ARR) (MDG)

Dear Judge Go:

      In accordance with Your Honor's most recent Order, this is to respectfully advise the Court that the parties to this insurance coverage declaratory judgment action, the underlying state court property tort action, Ray Haber and Sharon Haber v. Betty Cohen and Martin Cohen, pending in Supreme Court, Kings County under Index Number 1033/05, and two other related underlying state court suits, have reached an agreement in principle to globally settle this action and the state court lawsuits for the sum of $425,000. The parties are currently drafting settlement documents to consummate the settlement, including reciprocal general releases and stipulations of dismissal for all of the various actions. We will shortly circulate a Stipulation and Order of Dismissal to all appearing parties in this matter, and will submit same for District Judge Allyne R. Ross's signature and approval.

                                               Respectfully submitted,

                                     MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP

                                     Todd M. Hellman (TMH-8890)

cc:    All counsel of record (via fax)